**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| THE TRUSTEES OF THE U.A. 614 HEALTH & WELFARE FUND, THE TRUSTEES OF THE U.A. 614 PENSION FUND, and THE TRUSTEES OF THE U.A. 614 IMPROVEMENT TRUST FUND,<br>Plaintiffs,<br>v.<br>ROY BLACKWELL ENTERPRISES, INC.,<br>Defendant. | ) | No. 23-cv-02069-SHL-cgc |

## ORDER TO SHOW CAUSE

On October 19, 2023, Plaintiffs notified the Court that Defendant filed for Chapter 11 bankruptcy. (ECF No. 25.) As a result, this matter was stayed as required by 11 U.S.C. § 362(a) and Plaintiffs were ordered to file a notice when the bankruptcy action concluded. (ECF No. 26.) In December 2024, the Court directed the Parties to provide a status update on the bankruptcy action, and counsel for Plaintiffs advised, via email dated December 20, 2024, that the bankruptcy action was still pending. (See ECF No. 27.) Counsel also stated that a pre-trial hearing before the Bankruptcy Court was scheduled for January 16, 2025.

Then, another year passed, so a second Order for Status Update was entered on January 14, 2026. (ECF No. 28.) That Order was clear. It directed the parties to provide a status update on the bankruptcy matter by January 30, 2026, and stated that if the parties failed to do so, the action would be dismissed for failure to prosecute. (Id. at PageID 456.) The Parties' deadline has come and passed, without any update or explanation filed on the docket.

Therefore, the Parties are **ORDERED TO SHOW CAUSE**, on or before October 27, 2026, why this matter should not be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED**, this 13th day of October, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE